UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY<br>2806 26th Street, N.E.<br>Washington, D.C. 20018<br><br>      Plaintiff,<br><br>      v.<br><br>THE DISTRICT OF COLUMBIA<br>A Municipal Corporation<br>441 4th Street, N.W.<br>Washington, D.C. 20001<br><br>      and<br><br>SERGEANT NACEL LAWRENCE<br>Badge Number S-0169<br>(Officially and in his Individual Capacity)<br>Metropolitan Police Department<br>Sixth District<br>100 42nd Street, N.E.<br>Washington, D.C. 20019<br><br>      and<br><br>OFFICER LATONYA FALWELL<br>Badge Number 3069<br>(Officially and in his Individual Capacity)<br>Metropolitan Police Department<br>Sixth District<br>100 42nd Street, N.E.<br>Washington, D.C. 20019<br><br>      Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia removes to this Honorable Court the above action from the Superior Court of the District of Columbia (C.A. No. 2006-CA-002989 B), filed on April 19, 2006.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties.  See 28 U.S.C. § 1441(b).  Paragraphs 1 through 3, 10 through 16, 25, and 26 of the Complaint raise a federal question by asserting federal constitutional claims under 42 U.S.C. §§ 1983 and 1988.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/ Nicole L. Lynch
NICOLE L. LYNCH [471953]
Chief
General Litigation Section II


BY:    /s/ Rena Scheinkman
RENA SCHEINKMAN [488861]
Special Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
Phone:  (202) 724-6615
Fax:  (202) 727-3625
rena.scheinkman@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF REMOVAL was mailed, postage prepaid, this 14th day of July, 2006 to:

James W. Pressler, Jr. [221051]
Erica N. Seay [481977]
PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005


    /s/ Rena Scheinkman
RENA SCHEINKMAN
Special Assistant Attorney General