SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

JEROME C. GRAY                          :
                                        :
        Plaintiff,                      :
                                        : Civil Action No.: 06 CA 2989
v.                                      : Cal #5 - Judge Terrell
                                        : Next Court Event: Initial Conference
THE DISTRICT OF COLUMBIA, et al.        : 7/21/06 @ 9:15 a.m.
                                        :
        Defendants.                     :

## AFFIDAVIT OF SERVICE

1.  My name is Katherine C. Rose. My business address is Three McPherson Square, 927 15th Street, N.W., Twelfth Floor, Washington, D.C. 20005. I am the Legal Assistant for Pressler & Senftle, P.C., who represent the Plaintiffs in this case. I am older than eighteen (18) years of age.

2.  I hereby affirm that I personally served a copy of the Initial Order, Summons and Complaint on Defendant The District of Columbia, through Tabbatha Braxton, designee of the Honorable Anthony A. Williams, Mayor of the District of Columbia, 1350 Pennsylvania Avenue, N.W., Suite 419, Washington, D.C. 20004, on June 16, 2006.

Respectfully submitted,

Katherine C. Rose
Legal Assistant

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
(202) 822-8384

**Affidavit of Service**
**Affidavit of Katherine C. Rose**
**No.: 06 CA 002989**
**Page 2 of 2**

      Subscribed and sworn to before me this ___16th___ day of ___June___, 2006.

                                                  _____
                                                  Notary Public

My commission expires:    Sofia Amaya-Lazo
                                Notary Public, District of Columbia
                                My Commission Expires 2/28/2011

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

JEROME C. GRAY          :
                        :
    Plaintiff,          :
                        : Civil Action No.: 06 CA 2989
  v.                    : Cal #5 - Judge Terrell
                        : Next Court Event: Initial Conference
THE DISTRICT OF COLUMBIA, et al. : 7/21/06 @ 9:15 a.m.
                        :
    Defendants.         :

*RECEIVED
Civil Clerk's Office
JUN 16 2006
Superior Court of the
District of Columbia
Washington, D.C.*

### AFFIDAVIT OF SERVICE

1.   My name is Katherine C. Rose. My business address is Three McPherson Square, 927 15th Street, N.W., Twelfth Floor, Washington, D.C. 20005. I am the Legal Assistant for Pressler & Senftle, P.C., who represent the Plaintiffs in this case. I am older than eighteen (18) years of age.

2.   I hereby affirm that I personally served a copy of the Initial Order, Summons and Complaint on Defendant The District of Columbia, through Darlene Fields, designee of Robert J. Spagnoletti, Esq., Attorney General D.C., Office of the Attorney General D.C., 441 4th Street, N.W., 6th Floor South, Washington, D.C. 20001, on June 16, 2006.

Respectfully submitted,

*(signature)*
Katherine C. Rose
Legal Assistant

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
Twelfth Floor
Washington, D.C. 20005
(202) 822-8384

**Affidavit of Service**
**Affidavit of Katherine C. Rose**
**No.: 06 CA 002989**
**Page 2 of 2**

Subscribed and sworn to before me this 16th day of June, 2006.

_____
Notary Public

My commission expires: _____

Sofia Amaya-Lazo
Notary Public, District of Columbia
My Commission Expires 2/28/2011

2