SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL

Jerome C. Gray

vs.

The District of Columbia, et al.

No. 2006 CA 002989 B

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Initial Order, Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:20 am on August 15, 2006, I served Officer Latonya Falwell, Badge Number 3069 at 858 Copley Avenue, Waldorf, Maryland 20602 by serving Officer Latonya Falwell, Badge Number 3069, personally. Described herein:

```
   SEX-    FEMALE
   AGE-    35
HEIGHT-    5'7"
  HAIR-    BLACK
WEIGHT-    155
  RACE-    BLACK
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

MELVIN M. SHAPIRO
Our File#- 174157

SUBSCRIBED and SWORN to before me this 15th day of August, 2006.

Notary Public

My commission expires: 03-31-09