SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL

Jerome C. Gray

vs.

The District of Columbia, et al.

No. 2006 CA 002989 B

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Initial Order, Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:03 am on August 16, 2006, I served Sergeant Nacel Lawrence, Badge Number S-0169 at Metropolitan Police Department, Sixth District, 100 42nd Street, NE, Washington, DC 20019 by serving Sergeant Nacel Lawrence, personally. Described herein:

SEX- MALE
AGE- 48
HEIGHT- 5'10"
HAIR- BLACK
WEIGHT- 225
RACE- BLACK

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

AMBIKO GUICE
Our File#- 174156

SUBSCRIBED and SWORN to before me this 16th day of August, 2006.

Angela H. Croson
Notary Public

My commission expires: 03-31-09