IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **JEROME C. GRAY** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 1:06CV01265 (RWR) |
| | : |
| **THE DISTRICT OF COLUMBIA, et al.** | : |
| | : |
| **Defendants.** | : |

## SCHEDULING ORDER

Having considered the report of the parties filed with the Court pursuant to LcvR 16.3, it is hereby

ORDERED that

1.   Initial Disclosures pursuant to Rule 26(a)(1) shall be made on or before January 5 2007;

2.   written discovery shall be exchanged on or before February 19, 2007;

3.   discovery shall be completed within 240 days of the date of entry of this Order;

4.   expert witness reports and information pursuant to Rule26(a)(2) shall be provided by plaintiff at least 90 days before the completion of discovery and by defendant at least 60 days before the completion of discovery,

5.   dispositive motions shall be filed within 45 days after the completion of discovery, oppositions to motions be filed within 11 days after service, replies to oppositions be filed within five days after service.

6.   the case be scheduled for mediation after completion of discovery;

7.   the Pretrial Conference will be held on_____; and

8.   a trial date will be set at the Pretrial Conference for 30 to 60 days after the

conference.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Patrick G. Senftle, Esq.
PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
Twelfth Floor
Washington, D.C.  20005
(202) 822-8384

Rena Scheinkman
Special Assistant Attorney General
D.C. Office of the Attorney General
General Litigation Division
441 4th Street, N.W.
Washington, D.C. 20001
202.442.9866 (direct)