IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEROME C. GRAY** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 1:06CV01265 (TFH) |
| | : | |
| **THE DISTRICT OF COLUMBIA, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## SUBSTITUION OF APPEARANCE

WILL THE CLERK OF THE COURT please withdraw the appearance of James W. Pressler, Jr., Patrick G. Senftle, and the law office of Pressler & Senftle, P.C. and enter the appearance of Gregory L. Lattimer as counsel of record for Plaintiff Jerome Gray in the above-captioned case.

Respectfully submitted,

_/s/ Patrick G. Senftle_
James W. Pressler, Jr., #221051
Patrick G. Senftle, #412191

PRESSLER & SENFTLE, P.C.
Three McPherson Square
927 15th Street, N.W.
12th Floor
Washington, D.C. 20005
(202) 822-8384

   */s/ Gregory L. Lattimer*
Gregory L. Lattimer, #371926


LAW OFFICES OF
GREGORY L. LATTIMER, PLLC
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095