UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>　　Defendants. | C.A. No. 06-1265 (RWR) |

## NOTICE OF ENTRY OF APPEARANCE

　　The Clerk of the Court will please enter the appearance of LETICIA L. VALDES, Assistant Attorney General, as co-counsel for defendants District of Columbia, Nacal Lawrence and Latonya Falwell.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　Acting Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　　　　　　　　　　/s/ Patricia A. Jones
　　　　　　　　　　　　　　　　　　PATRICIA A. JONES [428132]
　　　　　　　　　　　　　　　　　　Chief, General Litigation, Sec. IV


　　　　　　　　　　　　　　　　　　　/s/ Leticia L. Valdes
　　　　　　　　　　　　　　　　　　LETICIA L. VALDES [0461327]
　　　　　　　　　　　　　　　　　　LEAH BROWNLEE TAYLOR [488966]
　　　　　　　　　　　　　　　　　　Assistants Attorney General
　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Sixth Floor South
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　(202) 442-9845; (202) 724-7854; (202) 727-6295
　　　　　　　　　　　　　　　　　　Leticia.valdes@dc.gov; Leah.taylor@dc.gov