**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEROME C. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01265 (TFH) |
| | ) | Judge Thomas Hogan |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Leah Brownlee Taylor, Assistant Attorney General, Office of the Attorney General for the District of Columbia, as co-counsel for the District of Columbia, Nacal Lawrence and Latonya Falwell, in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

 /S/
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV

____Leah Brownlee Taylor_____
LETICIA VALDES [461327]
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202)442-9845; (202)724–7854; (202)727-6295