UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-01265 (TFH) <br> Judge Thomas Hogan |

## DEFENDANTS' MOTION TO ENLARGE DISCOVERY AND CONTINUE THE MARCH 30, 2006, STATUS CONFERENCE

Defendants District of Columbia, Nacal Lawrence and Latonya Falwell ("Defendants") hereby move, by and through undersigned counsel and pursuant to Fed. Civ. P. R. 6(b), to enlarge discovery and continue the March 30, 2007, status conference. As grounds thereof, defendants state as follows:

(1) The undersigned counsels were recently assigned to this case. Discovery is scheduled to close on March 22, 2007.

(2) The undersigned counsel scheduled the plaintiff's deposition for March 21, 2007, 10 am, before the close of discovery. Plaintiff counsel's office informed undersigned counsel at 5pm on March 20, 2007, that plaintiff would be unable to attend the scheduled deposition and would consent to a sixty day enlargement of discovery to conduct depositions.

(3) A status conference is scheduled for March 30, 2007. Plaintiff's counsel's office also informed undersigned counsel on March 20, 2007, that plaintiff

would consent to a continuance of the status conference, in light of the fact that discovery has not been completed.

(4) The undersigned counsel respectfully requests that the Court extend discovery for sixty days, until May 21, 2007, and continue the status conference to a date after discovery has been completed.

(5) Under Fed R. Civ. P. 6(b):

"…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

(6) This motion is being filed before the expiration of the March 22, 2007, discovery close date, and the March 30, 2007, status conference.

(7) Plaintiff consents to the herein requested relief, and no party will be unduly prejudiced by a continuance in this matter.

> Respectfully submitted,
>
> LINDA SINGER
> Acting Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> _____/s/_____
> PATRICIA A. JONES [428132]
> Chief, General Litigation, Section IV
>
> _____Leah Brownlee Taylor_____
> LETICIA VALDES [461327]
> LEAH BROWNLEE TAYLOR [488966]
> Assistant Attorney General
> 441 Fourth St., N.W., 6th Floor South
> Washington, D.C. 20001
> (202)442-9845; 202)724-7854; (202) 727-6295

**CERTIFICATE PURSUANT TO RULE 7.1(m)**

I hereby certify that on March 20, 2007, the undersigned contacted plaintiff's counsel and he consents to the relief sought in this motion.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME C. GRAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-01265 (TFH)<br>Judge Thomas Hogan |

**DEFENDANTS' MEMORANDUM OF POINTS OF AUTHORTIES IN SUPPORT OF THEIR CONSENT MOTION TO ENLARGE DISCOVERY AND CONTINUE THE MARCH 30, 2007, STATUS CONFERENCE**

In support of their Motion to Continue the March 30, 2007, Status Conference, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. Civ. P. R. 6(b).

3. The consent of the parties.

4. The record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   ___    Leah Brownlee Taylor_____
LETICIA VALDES [461327]
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202)442-9845; (202)724-7854; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY,         )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>THE DISTRICT OF COLUMBIA, *et al.,*   )<br>                              )<br>    Defendants.          )<br>                              ) | Civil Action No. 06-01265 (TFH)<br>Judge Thomas Hogan |

## **ORDER**

Upon consideration of Defendants District of Columbia, Nacal Lawrence and Latonya Falwell's Consent Motion to Enlarge Discovery and Continue the March 30, 2007, Status Conference, and the record herein, it is by the Court this_____ day of _____, 2007,

**ORDERED**: that defendants' motion to enlarge and motion for continuance of the status conference is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED**: that the March 30, 2007, status conference date is vacated and continued to _____, 2007.

_____
Judge Hogan
United States Court for the District of Columbia