## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEROME C. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01265 (TFH) |
| | ) | Judge Thomas Hogan |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION TO ENLARGE DISCOVERY AND MOTION TO CONTINUE THE JUNE 1, 2007, STATUS CONFERENCE

Defendants District of Columbia, Nacal Lawrence and Latonya Falwell ("Defendants") hereby move, by and through undersigned counsel and pursuant to Fed. Civ. P. R. 6(b), to enlarge discovery and continue the June 1, 2007, status conference. As grounds thereof, defendants state as follows:

(1)     The parties have endeavored to complete discovery, but due to defendants' counsel's calendar schedule and plaintiff's counsel busy trial schedule, the parties will be unable to complete discovery prior to the May 21, 2007, prescribed discovery close date.

(2)     The undersigned counsel scheduled the plaintiff's deposition for May 17, 2007, before the close of discovery. Plaintiff counsel's was on trial on Monday, May 14, 2007 and the case settled on Tuesday afternoon May 15, 2007 in D.C. Superior Court before the Honorable Judge Zelden.

(3)     A status conference is scheduled for June 1, 2007. In light of the fact that discovery has not been completed, and these defendants seek an

enlargement of discovery, the June 1, 2007, status conference should be continued.

(4)     The undersigned counsel respectfully requests that the Court extend discovery for forty five days, until July 6, 2007, and continue the status conference to a date after discovery has been completed.

(5)     Under Fed R. Civ. P. 6(b):

"…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

(6)     This motion is being filed before the expiration of the May 21, 2007, discovery close date, and the June 1, 2007, status conference, and is for cause shown.

(7)     Plaintiff consents to the herein requested relief regarding the forty five day enlargement of discovery, and no party will be unduly prejudiced by the requested enlargement of discovery.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____Leah Brownlee Taylor_____
LETICIA VALDES [461327]
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202)442-9845; 202)724-7854; (202) 727-6295

## CERTIFICATE PURSUANT TO RULE 7.1(m)

I hereby certify that on May 16, 2007, the undersigned contacted plaintiff's

counsel and he consents to the relief regarding an enlargement of discovery sought in this

motion.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEROME C. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01265 (TFH) |
| | ) | Judge Thomas Hogan |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MEMORANDUM OF POINTS OF AUTHORTIES IN SUPPORT**
**OF THEIR CONSENT MOTION TO ENLARGE DISCOVERY AND CONTINUE**
**THE JUNE 1, 2007, STATUS CONFERENCE**

In support of their Motion for Enlargement of Discovery and to Continue the June 1, 2007, Status Conference, the defendants rely upon the following authorities:

1.    Inherent Power of the Court.

2.    Fed. Civ. P. R. 6(b).

3.    The consent of the parties regarding the enlargement of discovery.

4.    The record herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/  Patricia Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____Leah Brownlee Taylor_____
LETICIA VALDES [461327]
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202)442-9845; (202)724-7854; (202) 727-6295

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEROME C. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01265 (TFH) |
| | ) | Judge Thomas Hogan |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of Defendants District of Columbia, Nacal Lawrence and Latonya Falwell's Consent Motion to Enlarge Discovery and Continue the June 1, 2007, Status Conference, and the record herein, it is by the Court this_____ day of _____, 2007,

**ORDERED**:  that defendants' motion to enlarge and motion for continuance of the status conference is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED**: that the June 1, 2007, status conference date is vacated and continued to _____, 2007.

_____
Judge Hogan
United States Court for the District of Columbia