# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 06-01265 (TFH) |
| | )  Judge Thomas Hogan |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' CONSENT MOTION TO ENLARGE DISCOVERY AND TO CONTINUE THE JULY 11, 2007, STATUS CONFERENCE

Defendants District of Columbia, Nacal Lawrence and Latonya Falwell

("Defendants") hereby move, by and through undersigned counsel and pursuant to Fed.

Civ. P. R. 6(b), to enlarge discovery and continue the July 11, 2007, status conference.

As grounds thereof, defendants state as follows:

(1)     The parties will be unable to complete discovery prior to the July 6, 2007,

close date. The defendants have noted the plaintiff's deposition for July 6,

2007, but plaintiff's counsel is engaged in the trial of Marlin Godfrey v.

Allen Iverson, *et al.,* C.A. No. 05-2044, in the United States District Court

for the District of Columbia, before Judge Ellen Huvelle. Because plaintiff

is in trial, he will be unable to defend the properly noted deposition of his

client, Mr. Jerome Gray, at the July 6, 2007, deposition. The deposition

could not take place earlier because of both counsel's busy schedule.

(2)     The undersigned counsel respectfully requests that the Court extend

discovery for sixty days, until September 4, 2007, and schedule a status

conference to a date after discovery has been completed.

(3)     Under Fed R. Civ. P. 6(b):

"…an act that is required or allowed to be done within a specified time,
the court… may in its discretion (1) with or without motion or notice order
the period enlarged if request therefore is made before the expiration of
the period previously prescribed…"

(4)     This motion is being filed before the expiration of the July 6, 2007,

discovery close date.

(5)     Plaintiff consents to the herein requested relief regarding the sixty day

enlargement of discovery, and no party will be unduly prejudiced by the

requested enlargement of discovery.

(6)     The District requests that the following schedule govern this litigation:

| | |
|---|---|
| Discovery closes | September 6 |
| Deadline for filing motions | September 27 |
| Oppositions due | October 26, 2007 |
| Reply due | November 9, 2007 |

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____Leah Brownlee Taylor_____
LETICIA VALDES [461327]
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202)442-9845; 202)724-7854; (202) 727-6295


## CERTIFICATE PURSUANT TO RULE 7.1(m)

I hereby certify that on July 5, 2007, the undersigned contacted plaintiff's counsel

and he consents to the relief regarding an enlargement of discovery sought in this motion.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEROME C. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01265 (TFH) |
| | ) | Judge Thomas Hogan |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MEMORANDUM OF POINTS OF AUTHORTIES IN SUPPORT**
**OF THEIR CONSENT MOTION TO ENLARGE DISCOVERY**

In support of their Motion for Enlargement of Discovery, the defendants rely

upon the following authorities:

1.      Inherent Power of the Court.

2.      Fed. Civ. P. R. 6(b).

3.      The consent of the parties regarding the enlargement of discovery.

4.      The record herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/  Patricia Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____Leah Brownlee Taylor_____
LETICIA VALDES [461327]
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202)442-9845; (202)724-7854; (202) 727-6295

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEROME C. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01265 (TFH) |
| | ) | Judge Thomas Hogan |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendants District of Columbia, Nacal Lawrence and Latonya Falwell's Consent Motion to Enlarge Discovery, and the record herein, it is by the Court this____ day of _____, 2007,

**ORDERED**:   that defendants' motion to enlarge and motion for continuance of the July 11, 2007, status conference is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED:** that the following schedule govern this litigation:

| | |
|---|---|
| Discovery closes | September 6 |
| Deadline for filing motions | September 27 |
| Oppositions due | October 26, 2007 |
| Reply due | November 9, 2007 |

_____
Judge Hogan
United States Court for the District of Columbia