**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME C. GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No.: 06-01265 (TFH) |

## PARTIES' JOINT MOTION TO ENLARGE DISCOVERY

Plaintiff Jerome C. Gray and defendants District of Columbia, Nacal Lawrence and Latonya Falwell, ("Defendants") hereby move, by and through undersigned counsel and pursuant to Fed. Civ. P. R. 6(b), to enlarge discovery in this litigation. As grounds thereof, the parties state as follows:

(1) Due to scheduling conflicts and witnesses' unavailability, the parties are unable to complete depositions before discovery closes on September 6, 2007. The parties have scheduled depositions for October 2, 2007.

(2) The parties request that the Court extend discovery for sixty days, until November 6, 2007, and schedule a status conference to a date after discovery has been completed.

(3) Fed. P. Civ. R. 6(b)(2) provides that "upon motion made after the expiration of the specified period [the Court may] permit the act to be done where the failure to act was the result of excusable neglect…."

(4) Undersigned counsel and plaintiff's counsel discussed extending discovery before the September 6, 2007, deadline. The parties' joint motion was prepared timely, but due to inadvertence, oversight, and the press of other business, the motion was not timely filed.

(5)     The parties believe that the requirements of Rule 6(b)(2) have been satisfied, and no party will be unduly prejudiced by the grant of the requested relief.

(6)     .The parties request that the following schedule govern this litigation:

| | |
|---|---|
| Discovery closes | November 6, 2007 |
| Deadline for filing motions | November 27, 2007 |
| Oppositions due | December 27, 2007 |
| Reply Due | January 8, 2008 |

The parties have attached hereto, a memorandum of points and authorities in support of their Parties' Joint Motion to Enlarge Discovery.

Respectfully submitted,

\_\_\_/s/ Gregory Lattimer_____
GREGORY LATTIMER
1100 H. Street, NW
Suite 920
Washington, DC 20005
(202) 638-0095

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\_/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

\_\_\_/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME C. GRAY, | |
| Plaintiff, | |
| v. | C.A. No.: 06-01265 (TFH) |
| THE DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MEMORANDUM OF POINTS OF AUTHORTIES IN SUPPORT OF THEIR JOINT MOTION TO ENLARGE DISCOVERY**

In support of their Joint Motion for Enlargement of Discovery, the parties rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. Civ. P. R. 6(b)(2).

3. The record herein.

Respectfully submitted,

  /s/ Gregory Lattimer
GREGORY LATTIMER
1100 H. Street, NW
Suite 920
Washington, DC 20005
(202) 638-0095

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

  /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

  /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEROME C. GRAY,<br><br>     Plaintiff,<br><br>     v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>     Defendants. | C.A. No.: 06-01265 (TFH) |

## ORDER

Upon consideration of the parties' Joint Motion to Enlarge Discovery, and the record herein, it is by the Court this ____ day of _____, 2007,

**ORDERED**: that the parties' Joint Motion to Enlarge Discovery is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED:** that the following schedule should govern this litigation:

| | |
|---|---|
| Discovery closes | November 6, 2007 |
| Deadline for filing motions | November 27, 2007 |
| Oppositions due | December 27, 2007 |
| Reply Due | January 8, 2008 |

_____
Judge Thomas F. Hogan
United States Court for the District of Columbia