**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME C. GRAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-01265 (TFH)<br>Judge Thomas Hogan |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of said Court will please enter the appearance of Zuberi Williams, Assistant Attorney General, as co-counsel, on behalf of the defendant District of Columbia, Nacal Lawrence and LaTonya Falwell.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/Patricia A. Jones_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

    /s/ Zuberi Williams_____
    ZUBERI WILLIAMS[1]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6650; (202) 727-6295
    Email: Zuberi.williams@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.