UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY,<br><br>  Plaintiff,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>  Defendants. | C.A. No.: 06-01265 (TFH) |

**PLAINTIFF'S CONSENT MOTION TO
MODIFY THE SCHEDULING ORDER**

Come now the plaintiff, by and through undersigned counsel, and respectfully moves the Court for an order modifying the scheduling order for the purpose of completing depositions and filing dispositive motions. In support thereof, plaintiff avers as follows:

1. This case arises out of allegations of misconduct on the part of a D.C. Metropolitan Police Officer.

2. The present discovery deadline, under the current amended Scheduling Order, is November 6, 2007.

3. Due to scheduling difficulties among counsel and the parties, the parties have been unable to complete the depositions of all witnesses in this matter prior to the close of discovery.

4. Counsel for the parties have been working cooperatively to coordinate schedules to accomplish the depositions. At present, depositions are scheduled for November 20, 2007.

5. Accordingly, plaintiff requests that the Court enter an Order extending the deadline for completing these depositions to December 15, 2007.

6. The requested extension of time is for the limited purpose of obtaining the remaining outstanding depositions and filing motions.

279526.1

7. Accordingly, plaintiff is requesting that the scheduling order be amended as follows:

    Deadline for Depositions    12/15/2007

    Deadline for filing motions    12/30/07

    Oppositions due    1/30/08

    Reply Due    2/13/08

8. All parties consented to and request these extensions and the relief sought in this motion. Plaintiff submits that good cause exists for permitting this extension and that no party would be prejudiced by it.

WHEREFORE, for the reasons stated, plaintiff requests that the Court grant the instant motion.

    Respectfully submitted,

    Gregory L. Lattimer  [# 371926]
    1100 H Street, N.W.
    Suite 920
    Washington, D.C. 20005
    (202) 638-0095

279526.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No.: 06-01265 (TFH) |

### ORDER

Upon consideration of plaintiff's consent motion to extend the discovery period, and there is good cause for said motion, it is this _____ day of _____ 2007, hereby

ORDERED that said motion is GRANTED; and it is further,

ORDERED that the Amended Scheduling Order shall be as follows:

| | |
|---|---|
| Deadline for Depositions | 12/15/2007 |
| Deadline for filing motions | 12/30/07 |
| Oppositions due | 1/30/08 |
| Reply Due | 2/13/08 |

                                                  _____
                                                  U.S. District Court Judge

Copies to:    Gregory L. Lattimer, Esquire
                  1100 H Street, NW,
                  Suite 920
                  Washington, DC 20005

                  Leticia L. Valdes
                  Assistant Attorney General
                  441 4th Street, N.W.
                  Sixth Floor South
                  Washington, D.C. 20001

279526.1