**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME C. GRAY,<br><br>        Plaintiff,<br><br>     v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | C.A. No.: 06-01265 (TFH) |

**DEFENDANTS DISTRICT OF COLUMBIA, NACAL LAWRENCE AND LATONYA FALWELL'S MOTION TO ENLARGE THE DISPOSITIVE MOTION DEADLINE AND REVISE THE SCHEDULING ORDER**

Defendants District of Columbia, Nacal Lawrence and Latonya Falwell, (hereinafter "Defendants"), by and through undersigned counsel and pursuant to Fed. Civ. P. R. 6(b), hereby move to enlarge the dispositive motion deadline and as grounds state as follows:

1.      On November 7, 2007, this honorable court entered its order setting the deadline for filing motions in this matter as December 28, 2007.  Despite good faith efforts and due to the press of other business, undersigned counsel will not be able to file a dispositive motion within the prescribed deadline.

2.      The defendants request that the Court extend the deadline for filing motions until January 18, 2008.

3.      Fed. P. Civ. R. 6(b) provides that "…an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period previously prescribed or as extended by a previous order…" This Defendants request is made before the expiration of the deadline for filing motions on December 28, 2007.

4.      Plaintiff's counsel takes no position on this motion and will no be filing an opposition.  This defendant believes it has satisfied the requirements of Rule 6(b), and no party will be unduly prejudiced by the grant of the requested relief.

5.      The defendants request that the following schedule govern this litigation:

        Deadline for filing motions    January 18, 2008

        Oppositions due               February 19, 2008

        Reply Due                    March 4, 2008

Defendants have attached hereto, a memorandum of points and authorities in support of their Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

            /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV


            /s/ Leticia L. Valdes
        LETICIA L. VALDES [0461327]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9845; (202) 727-6295

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on December 28, 2007, the undersigned communicated with Gregory Lattimer, Esq., plaintiff's counsel, regarding the relief herein sought, and he represented that he takes no position on the motion and will not be filing an opposition.

        /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No.: 06-01265 (TFH) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA, NACAL LAWRENCE AND LATONYA FALWELL'S MOTION TO ENLARGE THE DISPOSITIVE MOTION DEADLINE AND REVISE THE SCHEDULING ORDER

In support of their Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order, defendants District of Columbia, Nacal Lawrence and Latonya Falwell herein submit and rely upon the following authorities:

1. Fed. P. Civ. R. 6(b);

2. The entire record herein;

3. Judicial economy;

4. The lack of undue prejudice to the parties; and

5. The Court's equitable powers.

                                            Respectfully submitted,

                                            LINDA SINGER
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General, Civil Litigation Division

                                              /s/ Patricia A. Jones
                                            PATRICIA A. JONES [428132]
                                            Chief, General Litigation, Section IV

/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME C. GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No.: 06-01265 (TFH) |

## **ORDER**

Upon consideration of defendants' Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order, it is by the Court this _____ day of _____, 200__,

**ORDERED**: that the defendants ' Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED:** that the following schedule should govern this litigation:

| | |
|---|---|
| Deadline for filing motions | January 18, 2008 |
| Oppositions due | February 19, 2008 |
| Reply Due | March 4, 2008 |

_____
Judge Thomas F. Hogan
United States District Court for the District of Columbia