IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEROME GRAY,** | * | |
| **Plaintiff,** | * | |
| vs. | * | Civil Action No. 06-01265 (TFH) |
| | * | |
| **THE DISTRICT OF COLUMBIA, et al.,** | | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Comes now the plaintiff, by and through counsel, and hereby moves this Court for an order extending the time in which he has to respond to defendants' motion for summary judgment. In support thereof, plaintiff avers as follows:

1. Following a (3) week extension of time, defendants filed a motion for summary judgment. Currently, plaintiff's opposition is due February 19, 2008.

2. Unfortunately, undersigned counsel has been ill with the flu for the past several days and has been unable to fully and properly respond to defendants' dispositive motion by the current due date. Accordingly, plaintiff seeks a thirty (30) day extension of time to file his opposition to defendants' motion for summary judgment.

3. Plaintiff needs a thirty (30) day extension because counsel is scheduled to commence a medical malpractice case in D.C. Superior Court on February 25, 2008 which could possibly take two weeks to complete. In addition, counsel is scheduled to commence a criminal trial on March 5, 2008 in Montgomery County, MD. Thus, plaintiff needs this additional time to assure that he has sufficient time to properly respond to the pending dispositive motion.

Wherefore for the reasons set forth herein and in the record of this proceeding, the Court is urged to grant this motion extending the time in which plaintiff has to file an opposition to defendants' motion for summary judgment until March 21, 2008.

                                      Respectfully submitted,

                                      Gregory L. Lattimer [371926]
                                      1100 H Street, N.W., Suite 920
                                      Washington, D.C. 20005
                                      (202) 638-0095
                                      (202) 638-0091

**<u>Certification of Counsel</u>**

Plaintiff's counsel has attempted to contact counsel for the defendants to seek their position on this motion. However, counsel's e-mail and telephone message were not returned.

                                        /s/ Gregory L. Lattimer
                                      Gregory L. Lattimer

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEROME GRAY,** | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 06-01265 (TFH) |
| | * | |
| **THE DISTRICT OF COLUMBIA, et al.,** | | |
| | * | |
| Defendants. | * | |

## ORDER

Upon consideration of plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment, and any opposition thereto, and it appearing to the Court that good cause exists for said motion, it is by the Court on this _____ day of _____, 2008;

**ORDERED**: that plaintiff'' motion shall be and hereby is **GRANTED**, and it is further;

**ORDERED**: plaintiff shall file his opposition to defendants' motion for summary judgment no later than March 21, 2008.

_____ U.S. District Court

cc: Gregory L. Lattimer
    1100 H Street, N;.W.
    Suite 920
    Washington, D.C.  20005

    Leticia Veldez
    Assistant Attorney General
    441 Fourth Street, N.W.
    Washington, D.C.  20001