**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JEROME C. GRAY,

      Plaintiff,

      v.

THE DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

C.A. No.: 06-01265 (TFH)

**DEFENDANTS  LATONYA FALWELL, NACEL LAWRENCE AND DISTRICT OF
COLUMBIA'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO THEIR MOTION FOR SUMMARY JUDGMENT**

      Defendants Latonya Falwell, Nacel Lawrence, and the District of Columbia, by and

through counsel, take no position on plaintiff's Motion for Extension of Time to Respond to

Defendants' Motion for Summary Judgment and will defer to this Honorable Court on this

matter.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                          /s/ Patricia A. Jones
                        PATRICIA A. JONES [428132]
                        Chief, General Litigation, Section IV

                          /s/ Leticia L. Valdes
                        LETICIA L. VALDES [0461327]
                        Assistant Attorney General
                        441 4th Street, N.W.
                        Sixth Floor South
                        Washington, D.C. 20001
                        (202) 442-9845; (202) 727-6295