IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEROME GRAY,** | * | |
| **Plaintiff,** | * | |
| vs. | * | Civil Action No. 06-01265 (TFH) |
| | * | |
| **THE DISTRICT OF COLUMBIA, et al.,** | | |
| | * | |
| **Defendants.** | * | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC

Comes now the plaintiff, by and through counsel, and hereby moves this Court for an order extending the time in which he has to respond to defendants' amended motion for summary judgment nunc pro tunc. In support thereof, plaintiff avers as follows:

1. Following defendants' amendment of its motion for summary judgment, the Court set the due date for plaintiff's response to defendants' motion for April 30, 2008.

2. Despite undersigned counsel's diligent effort to file his opposition by April 30, 2008, he was unable to do so. Significantly, undersigned counsel was out of the country during the period of April 19 through April 26, 2008 and unable to address the dispositive motion filed by defendants. Not only was counsel unable to address the motion while out of the country, he has also been unable to properly respond until now to the pending motion due to other professional commitments in his office. Since undersigned counsel's return to his office, he has had to address several matters that arose while he was out of the office. Accordingly, plaintiff was unable to properly prepare a response to defendants' motion that fully addressed the issues raised in the motion until today.

Plaintiff is filing his opposition to defendants' amended motion for summary judgment simultaneously with this motion.

    3. No prejudice will result to either party should the Court grant this short extension particularly since defendants' motion is wholly without merit.

    Wherefore for the reasons set forth herein and in the record of this proceeding, the Court is requested to issue an order extending the period for plaintiff to respond to defendants' amended motion for summary judgment until May 4, 2008.

>Respectfully submitted,
>
>Gregory L. Lattimer [371926]
>1100 H Street, N.W., Suite 920
>Washington, D.C. 20005
>(202) 638-0095
>(202) 638-0091
>Lattlaw@aol.com

### Certification of Counsel

    Undersigned counsel's office telephoned counsel for the defendants, who was not available, to ascertain the defendants' position regarding the relief requested herein. At the time of the filing of this motion, defendants' counsel had not returned plaintiff's call and thus plaintiff cannot represent the defendants' position on said motion at this time.

>  /s/ Gregory L. Lattimer
>Gregory L. Lattimer

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEROME GRAY,** | * | |
| **Plaintiff,** | * | |
| vs. | * | Civil Action No. 06-01265 (TFH) |
| | * | |
| **THE DISTRICT OF COLUMBIA, et al.,** | | |
| | * | |
| **Defendants.** | * | |

## ORDER

Upon consideration of plaintiff's motion for an extension of time to file an opposition to defendants' amended motion for summary judgment nunc pro tunc, and any opposition thereto, and it appearing to the Court that good cause exists for said motion, it is by the Court on this _____ day of _____, 2008;

**ORDERED**: that plaintiff'' motion shall be and hereby is **GRANTED**

.

                                                    U.S. District Court

cc: Gregory L. Lattimer
    1100 H Street, N;.W.
    Suite 920
    Washington, D.C.  20005

    Leticia Veldez
    Assistant Attorney General
    441 Fourth Street, N.W.
    Washington, D.C.  20001